IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL MCMORLAND,<br><br>  Plaintiff,<br><br>  v.<br><br>RUGGABLE LLC<br><br>  Defendant. | Case No. 2:25-cv-1111-AJS |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Gabriel McMorland, by and through her undersigned counsel, and hereby advises this Honorable Court that she has reached an agreement in principle with Defendant, Ruggable LLC. The parties are finalizing settlement documents and expect to file the dismissal papers in the near future. The Parties respectfully request that the Court adjourns all deadlines pending the forthcoming filing of a stipulation of dismissal.

Dated: September 26, 2025

Respectfully submitted,

*/s/ Ian M. Brown*
Ian M. Brown (PA 201680)
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
ibrown@carlsonbrownlaw.com
(267) 625-4404

*Attorney for Plaintiff*